■ Doris P. Devald, Respondent, v Miklos Devald, Appellant. [621 NYS2d 945] —Appeal from an order of the Supreme Court (Connor, J.), entered October 18, 1993 in Greene County, which partially granted plaintiff's motion for summary judgment in lieu of complaint.

Order affirmed, upon the opinion of Justice John G. Connor.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.